# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 677 |
| | : | |
| APPOINTMENT TO DOMESTIC | : | CIVIL PROCEDURAL RULES |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of January, 2018, the Honorable George W. Wheeler, Tioga County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years, commencing March 1, 2018.